No. 179. DeLamar Company, Limited, *v.* United States. Error to the District Court of the United States for the District of Idaho. Submitted January 24, 1921. Decided February 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 582; *United Surety Co.* v. *American Fruit Co.,* 238 U. S. 140, 142; *Sugarman* v. *United States,* 249 U. S. 182, 184. *Mr. Richard H. Johnson* for plaintiff in error. *The Solicitor General, Mr. Assistant Attorney General Nebeker* and *Mr. H. L. Underwood* for the United States.

No. 198. Missouri, Kansas & Texas Railway Company et al. *v.* Hannah L. Zuber. Error to the Supreme Court of the State of Oklahoma. Argued January 28, 1921. Decided February 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *California Powder Works* v. *Davis,* 151 U. S. 389, 393; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 303; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. M. D. Green,* with whom *Mr. Joseph M. Bryson, Mr. J. R. Cottingham, Mr. Clifford L. Jackson, Mr. Samuel W. Hayes, Mr. Gardiner Lathrop, Mr. C. S. Burg* and *Mr. Alex. Britton* were on the brief, for plaintiffs in error. *Mr. Charles W. Smith,* for defendant in error, submitted.

No. 259. Virginia Trust Company et al., Executors etc. *v.* Commonwealth of Virginia et al. Error to the Supreme Court of Appeals of the State of Virginia. Motion to dismiss submitted January 31, 1921. Decided February 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial